48 A.3d 284

IN THE MATTER OF JEFFREY M. ADAMS, AN ATTORNEY
AT LAW (ATTORNEY NO. 028751985).

July 27, 2012.

## ORDER

This matter having been duly presented to the Court on the recommendation of the Disciplinary Review Board (DRB 12–200) that **JEFFREY M. ADAMS** of **BARDONIA, NEW YORK,** who was admitted to the bar of this State in 1986, and who has been suspended from practice since May 10, 2007, be reinstated to the practice of law, and good cause appearing;

It is ORDERED that **JEFFREY M. ADAMS** be restored to the practice of law, effective immediately.